[No. 4861–6–III.   Division Three.   July 19, 1984.]

GILBERT W. LAWSON, ET AL, *Appellants,* v. DANIEL
C. MCDOUGALD, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 79-2-03203-9, William J. Grant, J., entered October 15, 1981. *Affirmed* by unpublished per curiam opinion.

[No. 5659–7–III.   Division Three.   July 19, 1984.]

GRANGE INSURANCE ASSOCIATION, *Respondent,* v. MICHAEL
J. HAGER, ET AL, *Defendants,* JEFFREY
KOTLARZ, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Yakima County, No. 81-2-01930-6, Bruce P. Hanson, J., entered January 21, 1983. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by McInturff and Thompson, JJ.

[No. 3718–5–III.   Division Three.   July 19, 1984.]

SARGENT PUMP & IRRIGATION CO., *Respondent,*
v. JOHN M. PENOVICH, *Appellant.*

Appeal from a judgment of the Superior Court for Kittitas County, No. 21268, Howard Hettinger, J., entered December 20, 1979. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, A.C.J., and Thompson, J.